CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 23, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RENAE LONG-SPEARS, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:25-cv-00239 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| ALBEMARLE CHARLOTTESVILLE ) | By:   Hon. Thomas T. Cullen |
| REGIONAL JAIL, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

Plaintiff Renae Long-Spears ("Plaintiff"), proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against the Albemarle Charlottesville Regional Jail ("ACRJ") and several individual defendants. (*See generally* Compl. [ECF No. 1].)

By Order entered April 11, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (Order, Apr. 11, 2025 [ECF No. 3].) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.*) On July 21, 2025, an order mailed to Plaintiff was returned to the court as undeliverable without any forwarding address. (*See* Returned Mail [ECF No. 24].)

Additionally, on June 17, 2025, upon learning that Plaintiff had been released from incarceration, the court informed Plaintiff that he was no longer subject to the provisions of the Prison Litigation Reform Act and ordered Plaintiff to pay the full civil filing fee and related administrative fee within 30 days. (Order, June 17, 2025 [ECF No.23].) The court cautioned Plaintiff that "[f]ailure to pay the fee in full or otherwise respond to [the] Order within the

time allowed and to maintain an address of record shall result in the immediate dismissal of this action." (*Id.* at 1.) More than 30 days have passed, and Plaintiff has not paid the full filing fee as ordered.

Because Plaintiff has failed to comply with the court's orders and has not paid the filing fee, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b); 28 U.S.C. § 1914.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 23rd day of July, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE